CQ"462C" *Tgx023l2; ≠PL'26/17; NJ 10/21)  Qtfgt"\q"Rtqeggf"Ykjqw'Rtgrc{kpi "Hggu'qt"Equvu"

# WP KVGF "UVCVGU'F KUVT KEV'EQWTV"
hqt"vjg"
## F KUVT KEV'QH'PGY "LGTUG[ "

|  |  |
|---|---|
| Rnckpvkhh*u+." <br><br> **x0'** <br><br> Fghgpf cpv*u+0' | QTFGT"QP "CRRNKECVKQP "" <br> VQ"RTQEGGF "Y KVJ QWV"" <br> RTGRC[ O GPV"QH'HGGU" <br><br> """""""Ekxkn'Cevkqp'P q0" |

Jcxkpi "eqpukfgtgf "vjg"crrnkecvkqp"vq"rtqeggf"ykjqw'rtgrc{ogpv'qh'hggu'wpfgt"4: "WUUE0'
È3; 37."**KV"KU'QTFGTGF** "vjg"crrnkecvkqp"ku<

□""        **I TCPVGF** ."cpf "

"""""□""    Vj g"engtm'ku"qtf gtgf "vq"hkng"vjg"eqo r nckpv."

"""""□""    **KV"KU'HWTVJGT "QTFGTGF** ."vjg"engtm'kuuwg"c"uwo o qpu"cpf "vjg"WUU0O ctuj cn"
"    "    ugtxg"c"eqr { "qh'vjg"eqo r nckpv.'uwo o qpu'cpf "vjku'qtf gt"wr qp'vjg"f ghgpf cpv*u+"cu"'
"    "    f ktgevgf "d{ "vjg"r nckpvkhh*u+0"Cnn'equvu'qh'ugtxkeg'uj cnn'dg"cf xcpegf "d{ "vjg"Wpkvgf "
"    "    Uvcvgu0'

"""""□""    **F GP KGF** ."hqt"vjg"hqmqy kpi "tgcuqpu<

"""""□""    **KV"KU'HWTVJGT "QTF GT GF** ."vjg"engtm'ku"qtf gtgf "vq"enqug"vjg"hkng0"Rnckpvkhh*u+"
"    "    o c{ "uwdo kv'r c'o gpv'kp"vjg"co qwpv'qh'**&622**"y kjkp"**36**"f c{ u'htqo "vjg"f cvg"qh'vjku'"
"    "    qtf gt"vq"tgqr gp"vjg"ecug"y kjqw'hwtvjgt"cevkqp'htqo "vjg"Eqwtv0"

GP VGT GF "vjku"    f c{ "qh"""    """"""".""    " uj aaaaaaaaaaaaaaaaaaaaaaaaaaaaaa"
"    "    "    "    "    "    """"Uki pcwtg"qh'Lwf kekcn'Qhhkegt "
"    "    "    "    "    "    ""    """""    "    "    "
"    "    "    "    "    "    """""aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa"
"    "    "    "    "    "    """""P co g"cpf "Vkvng"qh'Lwf kekcn'Qhhkegt"