DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NICHOLAS KYLE MARTINO | : | Civil No. 23-cv-16859 (NLH) |
| v. | : | |
| UNITED STATES OF AMERICA | : | **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, by Andrew B. Johns, Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

PHILIP R. SELLINGER
United States Attorney

*Andrew B. Johns*

By: ANDREW B. JOHNS
Assistant U.S. Attorney

Dated:  September 15, 2023