## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Nicholas Kyle Martino,<br>  Petitioner, *in pro per*<br><br>v.<br><br>United States of America,<br>  Respondent | Case. No.  1:23-cv-16859-NLH |

## NOTICE OF APPEAL TO THE THIRD CIRCUIT COURT OF APPEALS

**WHEREFORE**, on this 4th day of March, 2024, Petitioner, Nicholas Kyle Martino, *in pro per*, hereby **SUBMITS** to this Honorable Court this Notice of Appeal to the Third Circuit for the denial of the relief requested in the above-entitled action. Plaintiff specifically appeals the Judgment entered at ECF No. 18.

This Notice of Appeal is timely pursuant to FRAP 4(a)(1)(B).

Respectfully submitted,

　　/s/ Nicholas Martino
Nicholas Martino,
*in pro per*